UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SEAN DOYLE,

    Plaintiff,

CASE NO. 3:10-CV-532-J-99TJC-MCR

vs.

CSX TRANSPORTATION, a foreign
Corporation,

    Defendants.
_____/

## NOTICE OF MEDIATION STATUS
## PURSUANT TO COURT'S ENDORSED ORDER
## DATED JUNE 13, 2011

**COMES NOW** the Plaintiff, by and through his undersigned counsel and hereby gives notice to the Court pursuant to an Order directing the same as follows:

1. This matter was mediated before Roland Williams on February 25, 2011.

2. The case was resolved at mediation, with the only matter pending is negotiation and agreement upon the terms of the release to be signed.

3. Counsel for the Plaintiff, James R. Holland, II and counsel for the defense, Joseph Devine have worked through these issues and come up with a release that is acceptable to both parties.

4. That release was signed on June 6, 2011, by Plaintiff, Sean Doyle, thereby bringing this matter to conclusion.

WETTERMARK, HOLLAND & KEITH

/s/ James R. Holland, II
JAMES R. HOLLAND, II
**FL Bar #: 0007390**
2101 Highland Ave. So., Ste 750
Birmingham, AL 35205
Telephone: (205) 933-9500
Facsimile: (205) 212-9500

## CERTIFICATE OF SERVICE AND RULE 3.01 COMPLIANCE:

I hereby certify that a true and correct copy of the foregoing has been served electronically upon counsel of record who are E-File registrant(s) and by placing same in the United States Mail, first class postage prepaid and properly addressed on this the 13th day of June, 2011.

/s/ James R. Holland, II
JAMES R. HOLLAND, II
**FL Bar #: 0007390**
WETTERMARK, HOLLAND & KEITH
ATTORNEYS FOR PLAINTIFF
2101 Highland Ave. So., Ste 750
Birmingham, AL 35205
Telephone: (205) 933-9500
Facsimile: (205) 212-9500