UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SEAN DOYLE,**

    **Plaintiff,**

                                            CASE NO.  3:10-CV-532-J-99TJC-MCR

vs.

**CSX TRANSPORTATION, a foreign Corporation,**

    **Defendants.**

_____/

## MOTION TO DISMISS WITH PREJUDICE

**COMES NOW**, the Plaintiff, by and through his undersigned counsel and represents to the Court that all claims against CSX Transportation have been fully and finally settled and moves to dismiss this lawsuit with prejudice, each party to pay its own costs.

                                          WETTERMARK, HOLLAND & KEITH

                                          /s/ James R. Holland, II
                                          JAMES R. HOLLAND, II
                                          **FL Bar #: 0007390**
                                          2101 Highland Ave. So., Ste 750
                                          Birmingham, AL 35205
                                          Telephone:  (205) 933-9500
                                          Facsimile: (205) 212-9500

**CERTIFICATE OF SERVICE AND RULE 3.01 COMPLIANCE**:

I hereby certify that a true and correct copy of the foregoing has been served electronically upon counsel of record who are E-File registrant(s) and by placing same in the United States Mail, first class postage prepaid and properly addressed on this the 13th day of June, 2011.

/s/ James R. Holland, II
JAMES R. HOLLAND, II
**FL Bar #: 0007390**
WETTERMARK, HOLLAND & KEITH
ATTORNEYS FOR PLAINTIFF
2101 Highland Ave. So., Ste 750
Birmingham, AL 35205
Telephone: (205) 933-9500
Facsimile: (205) 212-9500