**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SEAN DOYLE,

        **Plaintiff,**

-vs-                                              Case No.  3:10-cv-532-J-37MCR

CSX TRANSPORTATION,

        **Defendant.**

_____

## ORDER OF DISMISSAL

Upon the Plaintiff's Motion to Dismiss with Prejudice (Doc. No. 28), filed on June 14, 2011, and the Plaintiff's representation to the Court that the case was resolved at mediation (Doc. No. 27), filed on June 13, 2011, it is **ORDERED** and **ADJUDGED** that

    1.    This cause is hereby **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(2).

    2.    Any pending motions are hereby **DENIED** as moot.

    3.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Jacksonville, Florida on June 14, 2011.

*[signature]*

ROY B. DALTON, JR.
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party